UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Prayer Feather Farrow

        v.                Civil No. 10-cv-58-PB

William L. Wrenn, et al

O R D E R

    I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 9, 2010, no objection having been filed, for the reasons set forth therein. The individual capacity claims are dismissed , and the matter will proceed on the RLUIPA claims and the section 1983 claims asserted against defendants in their official capacity.

    SO ORDERED.


July 14, 2010                        /s/ Paul Barbadoro
                                           Paul Barbadoro
                                           United States District Judge

cc:    Counsel of Record